In the Matter of the Petition of MEYER SCHECHTER, Appellant, for the Removal of the Body of BESSIE SCHECHTER from Mount Hebron Cemetery, Owned and Operated by CEDAR GROVE CEMETERY ASSOCIATION. THE ERSTE USCIECZHER SICK AND BENEVOLENT SOCIETY, Respondent.— Appeal from order granting reargument and upon such reargument adhering to the original decision, which denied appellant's application for permission to remove the body of his deceased wife from its burial place in Mount Hebron Cemetery, owned and operated by the Cedar Grove Cemetery Association, to the family plot of appellant in the same cemetery. Order, on reargument, in so far as appealed from, reversed on the law, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. The deceased died on November 12, 1929, and was buried in a plot owned by The Erste Uscieczher Sick and Benevolent Society, of which she was a member. The appellant subsequently acquired a private family plot in the same cemetery, where all the members of his family may be buried, and he sought an order permitting the removal of his deceased wife to that plot. All the children consented to the removal. The only objector to the disinterment was the society. In our opinion, under the circumstances disclosed by this record, the motion should have been granted. Appeal from original order, dated July 3, 1940, dismissed. Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ., concur.

In the Matter of the Petition of DANIEL M. STOREY, Respondent, to Register Title to Certain Lands; HENRY IRONS and KATIE IRONS, Appellants. HENRY IRONS, Appellant, v. DANIEL M. STOREY, Respondent. KATIE IRONS, Appellant, v. DANIEL M. STOREY, Respondent.— Proceeding begun by the owner of two tax deeds to two parcels of land in Suffolk county for the registration of his title thereto; and two cross-actions by the two record owners of the two parcels to remove a cloud on their respective titles and have the two tax deeds declared invalid. Final order of registration unanimously affirmed, without costs. Judgment dismissing on the merits the complaints in the cross-actions, unanimously affirmed, with one bill of costs. No opinion. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

In the Matter of the Application of 1229 CASTLETON AVE. REALTY CORP. for an Order Directing That the Arbitration Provided for in the Certain Contract in Writing Entered into between Petitioner and One MARLIN BUILDING CORP., on or about the 30th Day of November, 1938, Proceed Pursuant to the Provisions Thereof and of Article 84 of the Civil Practice Act, and Civil Practice Act, Sections 1448 et seq. 1229 CASTLETON AVE. REALTY CORP., Appellant; MARLIN BUILDING CORP., Respondent.— Order granting motion to confirm majority award of an umpire and arbitrators and directing entry of judgment on such award, and judgment entered thereon, unanimously affirmed, with ten dollars costs and disbursements. Order denying motion to vacate award affirmed, with ten dollars costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ.